UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOs.: 19-61764-CIV-MIDDLEBROOKS/REID
10-CR-60292-MIDDLEBROOKS

KENDRICK LEWIS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report"), issued on October 10, 2019. (DE 10). The Report recommends granting Petitioner Kendrick Lewis's *pro se* Motion to Vacate, pursuant to 28 U.S.C. §2255, because Petitioner was convicted, for Count 3, under 18 U.S.C. § 924(c)(3)(B)'s residual clause (the "Residual Clause"). (*Id.*) And the Supreme Court recently held that the Residual Clause is unconstitutionally vague. *See United States v. Davis*, 139 S. Ct. 2319, 2336 (2019). The Report also recommends that Petitioner be resentenced for all counts. (DE 10 at 5-6) ("When the sentencing package becomes unbundled . . . the district court has the authority to recalculate and reconsider the defendant's sentence for it to comport with the district court's original intentions at sentencing." (quoting *United States v. Fowler*, 749 F.3d 1010, 1016-17 (11th Cir. 2014))). Respondent United States of America has not filed objections to the Report and the date to do so has passed.

After a careful review of Judge Reid's Report and the record in this case, I agree with the Report's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 10) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) Petitioner Kenrick Lewis's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **GRANTED.**

(3) Petitioner's conviction will be vacated in the underlying criminal case by separate order.

(4) Petitioner's resentencing will be scheduled in the underlying criminal case by separate order.

(5) The Clerk of Court is directed to **CLOSE THIS CASE.**

(6) All pending motions are **DENIED AS MOOT.**

SIGNED in Chambers at West Palm Beach, Florida, this 29 day of October, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Lisette Reid;
Counsel of Record;
Kendrick Lewis
96148-004
Bennettsville
Federal Correctional Institution
Post Office Box 52020
Bennettsville, SC 29512
PRO SE